**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01372- REB-PAC

MICHAEL JARMON,

    Plaintiff,

v.

PACIFIC RAIL SERVICES, LLC,
UNION PACIFIC RAILROAD COMPANY,
BNSF RAILWAY COMPANY,
DENVER INTERMODAL EXPRESS, INC.,
and PAUL CHRISTENSON,

    Defendants.

MINUTE ORDER[1]

    Defendant Pacific Rail Services' Motion to Dismiss [#26], filed August 28, 2006, is STRICKEN for failure to comply with this court's practice standard REB Civ. Practice Standard V.A.1.

Dated: August 29, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.