IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01372-REB-PAC

MICHAEL JARMON,

    Plaintiff,

v.

PACIFIC RAIL SERVICES, LLC,
UNION PACIFIC RAILROAD COMPANY,
BNSF RAILWAY COMPANY,
DENVER INTERMODAL EXPRESS, INC., and
PAUL CHRISTENSON,

    Defendants.

_____

### ORDER OF RECUSAL
_____

    Mary Hurley Stuart is a personal friend of mine and is employed by Holme, Roberts & Owen, LLP, counsel for defendant, Union Pacific Railroad Company. Accordingly,  I formally recuse myself and request that another United States Magistrate Judge be assigned to this case.

    IT IS **FURTHER ORDERED** that the Scheduling Conference set for December 11, 2006 is *vacated.*

    Dated:  November 13, 2006.

                                      BY THE COURT:

                                      s/PATRICIA A. COAN
                                      United States Magistrate Judge