IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 06-cv-01372-REB-MJW

MICHAEL JARMON,

    Plaintiff,

vs.

PACIFIC RAIL SERVICES, LLC, UNION PACIFIC RAILROAD COMPANY, BNSF RAILWAY COMPANY, DENVER INTERMODAL EXPRESS, INC., and PAUL CHRISTENSON,

    Defendants.

---

**ORDER**
(Docket No. 66)

---

The Court, having reviewed Defendant Paul Christenson's Unopposed Motion to File Amended Answer, and being fully advised in the premises, hereby

ORDERS, that Defendant Christenson's Amended Answer is accepted as filed.

February 23, 2007

~~Robert E. Blackburn~~, District Court Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**