**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-01372- REB-PAC

MICHAEL JARMON,

      Plaintiff,

v.

PACIFIC RAIL SERVICES, LLC,
UNION PACIFIC RAILROAD COMPANY,
BNSF RAILWAY COMPANY,
DENVER INTERMODAL EXPRESS, INC., and
PAUL CHRISTENSON,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#93], filed June 22, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal With Prejudice** [#93], filed June 22, 2007, is **APPROVED**;

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for November 16, 2007, is

**VACATED**; and

    4.  That the jury trial set to commence December 3, 2007, is **VACATED**.

Dated June 22, 2007, at Denver, Colorado.

        **BY THE COURT:**

        <u>**s/ Robert E. Blackburn**</u>
        **Robert E. Blackburn**
        **United States District Judge**